DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475


FILED
SEP - 9 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
GAIL K. WILKES

Chapter 13
Case No. 06-3-0679 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 DEBTOR REFUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed debtor refunds in the amount of $1.00 as follows:

| Name and Address of Claimant | Unclaimed Refund |
|---|---|
| GAIL K. WILKES<br>255 VERNON STREET<br>SAN FRANCISCO, CA 94132 | $1.00 |

Dated: September 7, 2010

CECILIA MARCELO
Receipts Administrator